UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| DAVID EASLEY ) | |
| ) | Civil Action No. 3-14-CV-986-DJH |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| CEMEX, INC. AND CEMEX ) | |
| CONSTRUCTION MATERIALS ) | |
| ATLANTIC, LLC ) | |
| ) | |
| DEFENDANTS ) | |

**CORPORATE DISCLOSURE STATEMENT**

* * * * *

  Come the Defendants, Cemex, Inc. and Cemex Construction Materials Atlantic, LLC (hereinafter "Defendants"), by counsel, and pursuant to Fed.R.Civ.P. 7.1, hereby provides the following corporate disclosure statement:

  1. Defendants have no parent corporation; and

  2. No publicly-held company owns 10% or more of stock in the Defendants.

BOEHL STOPHER & GRAVES, LLP

/s/ *Richard W. Edwards*
Richard W. Edwards
Matthew B. Gay
400 West Market Street, Suite 2300
Louisville, Kentucky 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
redwards@bsg-law.com
mgay@bsg-law.com
COUNSEL FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2014, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party by U.S. Mail and by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Sexton
John Byrnes
Attorneys at Law
325 West Main Street, Suite 150
Louisville, Kentucky 40202
COUNSEL FOR PLAINTIFF

/s/ *Richard W. Edwards*

2